Adrian Nathaniel BACON,
Plaintiff–Appellant,

v.

C/O Michael WOOD; C/O Webb; C/O
C. Rose; C/O K. Brinkley; C/O
White, Defendants–Appellees.

No. 14–6893.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 19, 2014.

Decided: Sept. 25, 2014.

Adrian Nathaniel Bacon, Appellant Pro Se. Kate Elizabeth Dwyre, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Nathaniel Bacon seeks to appeal the denial of motions for summary judgment in his action filed under 42 U.S.C. § 1983 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Bacon seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*